IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 18-06012 |
| | : | |
| **Monte Williams Vails** | : | Chapter 13 |
| **Janet Lee Vails** | : | |
| | : | Judge: James M. Carr |
| Debtor. | | |

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE, or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in the evidence and notice.

| United Security Financial Corp. | United Security Financial Corp. |
|---|---|
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent: | Court Claim # 8 |
| | Amount of Claim: $178,976.72 |
| BSI Financial Services<br>1425 Greenway Drive #400<br>Irving, TX 75038 | Date Claim Filed: 9/27/2018 |
| Last Four Digits of Acct #: 2433 | Last Four Digits of Acct #: 2433 |
| Name and Address where transferee payments Should be sent | |
| BSI Financial Services<br>314 South Franklin Street<br>PO Box 517<br>Attention: Payment Processing Department<br>Titusville, PA 16354 | |
| Phone: 866-581-4513 | |
| Last Four Digits of Acct #: 2433 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of knowledge and belief.

/s/ Crystal L. Saresky

By: Crystal L. Saresky (89629)                   Date: April 19, 2021

Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C.

Page 1